**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1337**

---

HAYWOOD ALLEN CANNON, Natural Son and Heir of
Mayhew Cannon,

Plaintiff - Appellant,

versus

MAYHEW CANNON, Individually; GLADYS MARIE
CANNON, Individually and in her capacity as
Guardian; RUSSEL DUKE, State Judge; LEWIS H.
SWINDELL, IV,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Chief District Judge. (CA-96-5-7-F2)

---

Submitted:  September 20, 1996      Decided:  October 2, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Haywood Allen Cannon, Appellant Pro Se. Lewis Holmes Swindell, IV, EVERETT, WARREN, HARPER & SWINDELL, Greenville, North Carolina; Jacob Leonard Safron, Special Deputy Attorney General, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his civil rights complaint and denying his motion for reconsideration with leave to amend the complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cannon v. Cannon</u>, No. CA-96-5-7-F2 (E.D.N.C. Jan. 16, and Feb. 28, 1996). We deny Appellant's motion for recusal of some members of this court. Further, we deny his request for an order enjoining the sale of his father's property and enjoining Judge Russell Duke from acting in any case involving the Appellant. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>